# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| PATIENTPOINT NETWORK SOLUTIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE VETERAN GROUP, INC., <br><br> Defendant. | Civil No. 1:21-cv-01241-MSN-IDD |

## ORDER

This matter comes before the Court on Plaintiff PatientPoint Network Solutions, LLC's Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. (Dkt. No. 10). On August 29, 2022, Magistrate Judge Ivan D. Davis upon the Report and Recommendation issued by ("Recommendation") on August 29, 2022. (Dkt. No. 17). Pursuant to Federal Rule of Civil Procedure 72(b)(2) and the notice provision of Judge Davis's Recommendation, the deadline for submitting any objections to the Recommendation was September 12, 2022. *See* Recommendation at 10. To date, no objections have been filed.

Thus, after reviewing the record and Judge Davis's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation. Accordingly, it is hereby

**ORDERED** that plaintiff's Motion for Default Judgment (Dkt. No. 10) is **GRANTED** as to Count I of the Complaint (Dkt. No. 1) and **DISMISSED WITHOUT PREJUDICE** as to the remaining counts; it is further

**ORDERED** that plaintiff is awarded $329,243.59 for unpaid invoices, $16,387.50 in attorney's fees and costs, and pre-judgment interest at a rate of 3% per year beginning on February

14, 2020 for the New York Invoice, October 3, 2020 for the Second New York Invoice, and March 21, 2020 for the Arizona Invoice; it is further

**ORDERED** that judgment is hereby entered in favor of Plaintiff.

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure.

It is **SO ORDERED**.

/s/
Michael S. Nachmanoff
United States District Judge
Hon. Michael S. Nachmanoff
United States District Judge

September 16, 2022
Alexandria, Virginia